# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133826

DANIEL E. FOURNIER,
      Plaintiff-Appellee,

v

CAPPY HEATING & AIR CONDITIONING,
INC., and GENERAL INSURANCE COMPANY
OF AMERICA,
      Defendants-Appellees,
and

CITIZENS INSURANCE COMPANY OF
AMERICA,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133826
COA: 272642
WCAC: 04-000317

On order of the Court, the application for leave to appeal the March 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

                                    Clerk

t0723